IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN WYNN,

Plaintiff,

v.

NAACO MATERIALS HANDLING,
INC., d/b/a YALE MATERIALS
HANDLING CORPORATION; and
YALE MATERIALS HANDLING
GAMMON CORPORATION,

Defendants.                                             No. 09-cv-486-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's Stipulation for Dismissal, Without Prejudice. (Doc. 7). Neither Defendant has yet filed a responsive pleading. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this Cause is **DISMISSED, WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Signed this 17th day of August, 2009.

/s/    *David R Herndon*

**Chief Judge**
**United States District Court**